UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| JOHN D AHERN | § | |
|---|---|---|
| | § | |
| Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-259 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

Pending before the Court is Plaintiff John D. Ahern's complaint under the Federal Tort Claims Act (FTCA). On July 18, 2014, United States Magistrate Judge Jason B. Libby issued a Memorandum and Recommendation (M&R) addressing issues identified in the screening of the complaint. The Magistrate Judge recommended that Plaintiff's claims be dismissed, and Plaintiff timely filed objections to the M&R.

In the objections, Plaintiff clarifies that he is making a claim only under the FTCA for conduct by the United States Marshals Service (USMS). The Court refers this matter back to the Magistrate Judge so that he can address the applicability of the FTCA to the alleged actions of the USMS. The Magistrate Judge can file a supplemental M&R and Plaintiff will then be allowed fourteen (14) days to file objections to the supplemental M&R.

ORDERED this 10th day of November, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE